**\*\*E-filed 11/22/2010\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GARY D. EASLEY,<br><br>　　　　　Plaintiff,<br>　v.<br><br>CITY OF MORGAN HILL, et al.,<br><br>　　　　　Defendants.<br>_____/ | No. C 10-2640 RS<br><br>**ORDER DEEMING AMENDED COMPLAINT FILED** |

Plaintiff Gary D. Easley, appearing *in pro se*, submitted an amended complaint for filing, but it was entered into the ECF system as part of an unrelated document and was not separately docketed. Good cause appearing, it is hereby ordered that Easley's First Amended Complaint, which appears beginning at the fourth page of Docket No. 6 herein, shall be deemed the operative complaint in this action and shall be deemed to have been properly filed on August 20, 2010.

Dated: 11/22/2010

　　　　　　　　　　　　　　　　　　　　　
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

*United States District Court*
*For the Northern District of California*

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

**Gary D. Easley**
18525 Old Monterey Rd.
Morgan Hill, CA 95037

DATED: 11/22/2010

/s/ Chambers Staff
Chambers of Judge Richard Seeborg

* Counsel are responsible for distributing copies of this document to any co-counsel who have not registered with the Court's electronic filing system.

2