Kimberly E. Colwell, Esq. (SBN: 127604)
kcolwell@meyersnave.com
Britt K. Strottman, Esq. (SBN: 209595)
bstrottman@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
CITY OF MORGAN HILL and OFFICER DAVID RAY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY D. EASLEY (Pro-Se),<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MORGAN HILL; CITY OF SAN JOSE; COUNTY OF SANTA CLARA; DIRECTOR OF POLICE DEPT.; BOARD OF SUPERVISOR'S; MORGAN HILL POLICE DEPT.; SANTA CLARA SHERIFF DEPT.; DAVID RAY; JOHN RAY; DEPUTY CRUZ; DEPUTY STENDERUP; SERGEANT PERSIANI; SHERIFF LAURIE SMITH,<br><br>Defendants. | Case No: C 10-02640 RS<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS CITY OF MORGAN HILL AND OFFICER DAVID RAY'S MOTION FOR CHANGE OF TRIAL DATE AND CLARIFICATION OF PRE-TRIAL DATES<br><br>DATE:<br>TIME:    1:30 p.m.<br>DEPT:   Courtroom 3, 17th Floor<br>JUDGE:  Honorable Richard Seeborg |

1  Good cause appearing, the Court hereby grants Defendants City of Morgan Hill and Officer David Ray's Motion for Change of Trial Date and Clarification of Pre-Trial Dates as an Order of this Court.

The pre-trial and trial dates are as follows:

1. The dispositive hearing cut off will be February 27, 2012;
2. Pre-Trial Conference Statements to be filed by March 15, 2012;
3. Pre-Trial Conference shall be rescheduled to March 29, 2012 at 10:00 a.m.; and
4. The trial date shall be rescheduled to April 9, 2012 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: 3/16/11

Honorable Richard Seeborg

1607901_1.DOC

---

[Proposed] Order Granting Defendants City of Morgan Hill and Officer David Ray's Motion for Change of Trial Date and Clarification of Pre-Trial Dates [C10-02640RS]