**\*\*E-filed 3/30/2011\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GARY D. EASLEY,<br>       Plaintiff,<br>  v.<br>CITY OF MORGAN HILL, et al.,<br>       Defendants.<br>_____/ | No. C 10-2640 RS<br><br>**ORDER RE DISCOVERY RESPONSE DEADLINE AND HEARING DATE** |

Plaintiff Gary D. Easley's "updated" motion to extend the time to respond to written discovery is denied as moot, as an order extending his response deadline to May 2, 2011, previously issued, although Easley may not have received it by the time he filed his "updated" motion. The Court has also received Easley's notice that he is withdrawing his prior motion to continue a hearing set for April 21, 2011, and requesting that "any previously scheduled dates remain in effect." Easley is advised that there is no hearing on calendar for April 21, 2011. That date appeared on a motion filed by defendants to adjust trial and pretrial dates set for the Spring of 2012, which should have been made as a motion under Civil Local Rule 6-3, with no hearing date set. The Court deemed that motion as having been brought under Rule 6-3, and granted it by order filed on March 16, 2011.

IT IS SO ORDERED.

Dated: 3/29/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

**Gary D. Easley**
18525 Old Monterey Rd.
Morgan Hill, CA 95037

DATED: 3/30/11

/s/ Chambers Staff
Chambers of Judge Richard Seeborg

2