Kimberly E. Colwell, Esq. (SBN: 127604)
kcolwell@meyersnave.com
Britt K. Strottman, Esq. (SBN: 209595)
bstrottman@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA  94607
Telephone: (510) 808-2000/Facsimile: (510) 444-1108

Attorneys for Defendants CITY OF MORGAN HILL and OFFICER DAVID RAY

Miguel Marquez, County Counsel (SBN: 184621)
Michael A. Wahlander, Deputy County Counsel (SBN: 260781)
Michael.Wahlander@cco.sccgov.org
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, CA  95110-1770
Telephone: (408) 299-5900/Facsimile: (408) 292-7240

Attorneys for Defendants COUNTY OF SANTA CLARA SHERIFF'S DEPARTMENT, SHERIFF LAURIE SMITH, DEPUTY JOSE CRUZ, DEPUTY CURTIS STENDERUP and SERGEANT BLAYN PERSIANI

Gary Easley
garyeasley@yahoo.com
18525 Old Monterey Road
Morgan Hill, CA  95037
Telephone: (408) 722-6298

Plaintiff in pro per

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY D. EASLEY (Pro-Se),<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MORGAN HILL; CITY OF SAN JOSE; COUNTY OF SANTA CLARA; DIRECTOR OF POLICE DEPT.; BOARD OF SUPERVISOR'S; MORGAN HILL POLICE DEPT.; SANTA CLARA SHERIFF DEPT.; DAVID RAY; JOHN RAY; DEPUTY CRUZ; DEPUTY STENDERUP; SERGEANT PERSIANI; SHERIFF LAURIE SMITH,<br><br>Defendants. | Case No:  C 10-02640 RS<br><br>[~~PROPOSED~~] ORDER TO CONTINUE MEDIATION CUT-OFF DATE |

[~~Proposed~~] Order to Continue Mediation Cut-Off Date [C10-02640 RS]

## ORDER

Good cause appearing, the Court hereby adopts the Stipulation of the Parties as an Order of this Court. Pursuant thereto, the mediation cut-off date will be extended to July 21, 2011.

**IT IS SO ORDERED.**

Dated: 5/27/11

Honorable Richard Seeborg
United States District Judge