UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| GARY D. EASLEY,<br>    Plaintiff, | No. C 10-2640 RS |
| v. | **ORDER RE: ATTENDANCE** |
| CITY OF MORGAN HILL, et al.,<br>    Defendants.<br>_____/ | Date:      July 20, 2011<br>Mediator:  David Alexander |

IT IS HEREBY ORDERED that the requests to excuse defendants Sheriff Laurie Smith, Deputy Jose Cruz, Detective Kurtis Stenderup, Sergeant Blayn Persiani and Officer David Ray from participating in the July 20, 2011, mediation before David Alexander are GRANTED.

IT IS SO ORDERED.

July 7, 2011                    By:        *Elizabeth D. Laporte*

Dated                                         Elizabeth D. Laporte
                                              United States Magistrate Judge