**\*\*E-filed 8/12 /2011\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GARY D. EASLEY,<br>　　　　Plaintiff,<br>　v.<br>CITY OF MORGAN HILL, et al.,<br>　　　　Defendants.<br>_____/ | No. C 10-2640 RS<br><br>**ORDER RE SCHEDULING ISSUES** |

Pursuant to Civil Local Rule 7-1(b), Plaintiff's motion for leave to amend (Dkt. No. 79), defendant John Ray's motion to set aside default (Dkt. No. 81), and plaintiff's motion to modify the Case Management Scheduling Order (Dkt. 87), shall be taken under submission without oral argument and the respective hearings on those motions are hereby vacated. The briefing schedule and hearing date for defendants' motion for summary judgment (Dkt. 89) is hereby vacated, and will be reset by the Court in conjunction with its ruling on the above listed matters. This order disposes of plaintiff's request for expedited relief (Dkt. 97).

IT IS SO ORDERED.

Dated:  8/12/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

**Gary D. Easley**
18525 Old Monterey Rd.
Morgan Hill, CA 95037

DATED:  8/12/11

/s/ Chambers Staff
Chambers of Judge Richard Seeborg