*E-Filed 9/16/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

GARY D. EASLEY, et al.,

        Plaintiffs,

v.

CITY OF MORGAN HILL, et al.,

        Defendants.
_____/

No. C 10-2640 RS

**CASE MANAGEMENT SCHEDULING ORDER**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a Case Management Conference was held on September 15, 2011. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

    1.    <u>DISCOVERY</u>. The parties have completed all non-expert discovery.

    2.    <u>EXPERT WITNESSES</u>. The disclosure of all expert witness testimony and reports shall be completed on or before December 3, 2011.

    3.    <u>SUMMARY JUDGMENT SCHEDULING</u>. The City of Morgan Hill and Officer David Ray filed a motion for summary judgment on July 29, 2011. The County Defendants filed a motion for summary judgment on September 15, 2011. A hearing on both of these motions will be

held on **November 3, 2011**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

    4.    <u>PRETRIAL MOTIONS</u>.  All pretrial motions must be filed and served pursuant to Civil Local Rule 7.  All pretrial motions shall be heard no later than February 23, 2012.

    5.    <u>PRETRIAL STATEMENTS</u>.  At a time convenient to both, counsel shall meet and confer to discuss preparation of a joint pretrial statement, and on or before March 15, 2012, counsel shall file a Joint Pretrial Statement in accordance with the attached Standing Order for Final Pretrial Conference.

    6.    <u>PRETRIAL CONFERENCE</u>.  The final pretrial conference will be held on **March 29, 2012 at 10:00 am.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend personally.

    7.    <u>TRIAL DATE</u>.  Jury trial shall commence on **April 9, 2012 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED: 9/16/2011

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER
NO. C NO. C 10-2640 RS