**\*\*E-filed 10/7/2011\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

GARY D. EASLEY,

    Plaintiff,

v.

CITY OF MORGAN HILL, et al.,

    Defendants.

No. C 10-2640 RS

**AMENDED\* ORDER GRANTING EXTENSION TO FILE OPPOSITION**

Plaintiff Gary D. Easley, appearing in *pro se*, seeks a one week extension of the deadline to file opposition to the summary judgment motion brought by the County of Santa Clara defendants. Although Easley's request may not strictly comply with all the requirements of Civil Local 6-3, the relief he seeks is reasonable and should have been accommodated by defendants. Indeed, but for recent changes in the Local Rules, the opposition would not have been due until October 13, 2011, given the mutually agreed hearing date of November 3, 2011. The County does not suggest that it would be prejudiced in any manner by a week extension. In light of the Columbus Day holiday, the deadline for plaintiff's opposition is extended to **October 11, 2011**, with any reply brief due one week after the opposition is filed.

IT IS SO ORDERED.

Dated: 10/7/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

---

\* This amended order is filed only to correct the title, as the order filed on September 30, 2011 was erroneously titled as "Order granting motion for leave to file second amended complaint."

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

**Gary D. Easley**
18525 Old Monterey Rd.
Morgan Hill, CA 95037

DATED: 10/7/11

/s/ Chambers Staff
Chambers of Judge Richard Seeborg

2