**\*\*E-filed 12/9/2011\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

GARY D. EASLEY,

    Plaintiff,

v.

CITY OF MORGAN HILL, et al.,

    Defendants.

No. C 10-2640 RS

**ORDER EXTENDING DEADLINES FOR EXPERT DISCLOSURES**

Good cause appearing, plaintiff's unopposed motion to extend the deadline for expert disclosures is granted. The disclosure of all expert witness testimony and reports shall be completed on or before January 13, 2013.

IT IS SO ORDERED.

Dated: 12/9/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

**Gary D. Easley**
18525 Old Monterey Rd.
Morgan Hill, CA 95037

DATED: 12/9/11

/s/ Chambers Staff
Chambers of Judge Richard Seeborg

2