GREGG A. THORNTON (SBN 146282)
DANIELLE K. LEWIS (SBN 218274)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099

KIMBERLY E. COLWELL (SBN 127604)
kcolwell@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
CITY OF MORGAN HILL and OFFICER
DAVID RAY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY D. EASLEY (Pro Se), | CASE NO. C 10-02640 RS |
| Plaintiff, | DEFENDANTS CITY OF MORGAN HILL AND OFFICER DAVID RAY'S MOTION FOR ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER |
| v. | |
| CITY OF MORGAN HILL; CITY OF SAN JOSE; COUNTY OF SANTA CLARA; DIRECTOR OF POLICE DEPT.; BOARD OF SUPERVISOR'S; MORGAN HILL POLICE DEPT.; SANTA CLARA SHERIFF DEPT.; DAVID RAY; JOHN RAY; DEPUTY CRUS; DEPUTY STENDERUP; SERGEANT PERSIANI; SHERIFF LAURIE SMITH, | (Civil L.R. 7-11 and 11-5) |
| | Dept: 3 |
| | Judge: Hon. Richard Seeborg |
| Defendants. | |

Pursuant to Civil L.R. 7-11 and 11-5, defendants CITY OF MORGAN HILL and OFFICER DAVID RAY hereby move this Court for an order permitting the withdrawal of defendants' counsel of record,

1

DEFENDANTS CITY OF MORGAN HILL AND OFFICER DAVID RAY'S MOTION FOR ORDER
PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL
C 10-02640 RS

238888.1 555.00000

1 Kimberly E. Colwell and Britt Kerstin Strottman of Meyers Nave
2 Riback Silver & Wilson, and the appearance of substitute counsel
3 Gregg A. Thornton and Danielle K. Lewis of Selman Breitman LLP,
4 on defendants' behalf in this action. Defendants CITY OF MORGAN
5 HILL and OFFICER DAVID RAY respectfully submits that said
6 substitution of counsel is in the interest of justice.

7 Defendants CITY OF MORGAN HILL and OFFICER DAVID RAY, Meyers
8 Nave Riback Silver & Wilson and Selman Breitman LLP consent to
9 such withdrawal and substitution of counsel.

10 Accordingly, defendants CITY OF MORGAN HILL and OFFICER
11 DAVID RAY request that the Court enter an order reflecting this
12 change, and that all necessary changes be made to the Court's
13 records and ECF system, and that all future communications
14 regarding this case be directed to the following:

15     GREGG A. THORNTON (SBN 146282)
    Email: gthornton@selmanbreitman.com
16     DANIELLE K. LEWIS (SBN 218274)
    Email: dlewis@selmanbreitman.com
17     SELMAN BREITMAN LLP
    33 New Montgomery, Sixth Floor
18     San Francisco, CA 94105
    Telephone:    (415) 979-0400
19     Facsimile:    (415) 979-2099

20

21 Plaintiff Gary Easley was advised that the present motion
22 was being filed. Michael Wahlander, counsel for the Santa Clara
23 County defendants, was also advised that the present motion was
24 being filed.

25 This motion is not made for purposes of delay or any other
26 improper purpose.

27 WHEREFORE, defendants CITY OF MORGAN HILL and OFFICER DAVID
28

238888.1 555.00000

RAY respectfully requests this Court enter its Order permitting withdrawal and substitution of counsel for defendants, and update the Court's ECF system for this case by removing Kimberly E. Colwell and Britt Kerstin Strottman of Meyers Nave Riback Silver & Wilson as counsel of record and substituting in their place Gregg A. Thornton and Danielle K. Lewis of Selman Breitman LLP as counsel of record for defendants CITY OF MORGAN HILL and OFFICER DAVID RAY.

DATED: December 9, 2011       SELMAN BREITMAN LLP

                              By:   /s/ Gregg A. Thornton
                                    GREGG A. THORNTON
                                    DANIELLE K. LEWIS
                                    Attorneys for Defendant
                                    CITY OF MORGAN HILL and OFFICER
                                    DAVID RAY

DATED: December 9, 2011       MEYERS, NAVE, RIBACK, SILVER & WILSON LLP

                              By:   /s/ Kimberly E. Colwell
                                    KIMBERLY E. COLWELL
                                    BRITT KERSTIN STROTTMAN
                                    Attorneys for Defendant
                                    CITY OF MORGAN HILL and OFFICER
                                    DAVID RAY

DATED: December 9, 2011       CITY OF MORGAN HILL

                              By:   /s/ Danny Wan
                                    DANNY WAN
                                    City Attorney

DATED: December 9, 2011

                              By:   /s/ David Ray
                                    DAVID RAY

3

DEFENDANTS CITY OF MORGAN HILL AND OFFICER DAVID RAY'S MOTION FOR ORDER
PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL
C 10-02640 RS

**ORDER**

Having reviewed and considered Defendant City of Morgan Hill and Officer David Ray's Motion for Order Permitting Withdrawal and Substitution of Counsel, and good cause appearing, the Court hereby orders that Kimberly E. Colwell and Britt Kerstin Strottman of Meyers Nave Riback Silver & Wilson are permitted to withdraw as counsel of record, and Gregg A. Thornton and Danielle K. Lewis of Selman Breitman, LLP may appear as substitute counsel of record for defendants City of Morgan Hill and Officer David Ray. The Court's ECF system shall be updated to reflect these changes.

IT IS SO ORDERED.

Dated: 12-12-11    By: _____
Hon. Richard Seeborg
United States District Judge
Northern District of California