**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

GARY D. EASLEY,                                         No. C 10-2640 RS

           Plaintiff,

   v.                                         **ORDER APPOINTING COUNSEL**

CITY OF MORGAN HILL, et al.,

           Defendants.

_____/

      Because plaintiff has requested and is in need of counsel to assist him in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Niall E. Lynch of Latham & Watkins LLP is hereby appointed as counsel for plaintiff in this matter.  The scope of this referral shall be for all purposes for the duration of the case.

      Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

IT IS SO ORDERED.

Dated:  4/12/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

**Gary D. Easley**
18525 Old Monterey Rd.
Morgan Hill, CA 95037


DATED:  4/12/12

/s/ Chambers Staff
Chambers of Judge Richard Seeborg

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28