LORI E. PEGG, Acting County Counsel (S.B. #129073)
MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA, COUNTY OF
SANTA CLARA SHERIFF'S DEPARTMENT,
SHERIFF LAURIE SMITH, DEPUTY JOSE
CRUZ, DEPUTY KURTIS STENDERUP, and
SERGEANT BLAYN PERSIANI

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY D. EASLEY (Pro Se),<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MORGAN HILL et al.,<br><br>Defendants. | No. C10-02640 RS<br><br>[PROPOSED] ORDER EXCUSING INDIVIDUAL COUNTY DEFENDANTS FROM ATTENDING THE NOVEMBER 6, 2012 SETTLEMENT CONFERENCE |

Defendants Sheriff Laurie Smith, Deputy Jose Cruz, Deputy Kurtis Stenderup, and Sergeant Blayn Persiani are excused from attending the November 6, 2012 Settlement Conference.

10-23-12

MARIA-ELENA JAMES
Chief United States Magistrate Judge

656768.DOC

1