IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

GARY D. EASLEY,

        Plaintiff,

  v.

CITY OF MORGAN HILL, et al.,

        Defendants.
_____/

No. C 10-2640 RS

**ORDER**

    Under the supervision of a magistrate judge, this action was settled in December of 2012. The parties were subsequently ordered to file a stipulation of dismissal or to appear and show cause why the matter should not be dismissed. The show cause hearing was held on May 2, 2013. Plaintiff failed to appear. Defendants advise that they stand ready to pay plaintiff the settlement sums, but that he has failed to execute the written settlement documents.

    Plaintiff is directed to contact defendants and to make arrangements to sign the settlement agreement and obtain the settlement proceeds immediately. The parties shall then file a dismissal

1 forthwith. If no dismissal is filed, this action will be dismissed with prejudice on May 31, 2013,
2 without further notice.[1]

5 IT IS SO ORDERED.

6 Dated: 5/6/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

---

28 [1] Nothing in this order addresses the enforceability of the settlement in the event it is not fully executed prior to any such dismissal.

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

**Gary D. Easley**
18525 Old Monterey Rd.
Morgan Hill, CA 95037

DATED: 5/6/13

/s/ Chambers Staff
Chambers of Judge Richard Seeborg

**United States District Court**
For the Northern District of California