```
 1  GREGG A. THORNTON (SBN 146282)
    DANIELLE K. LEWIS (SBN 218274)
 2  ERIKA J. SCOTT (SBN 244724)
    SELMAN BREITMAN LLP
 3  33 New Montgomery, Sixth Floor
    San Francisco, CA  94105
 4  Telephone: (415) 979-0400
    Facsimile: (415) 979-2099
 5
    Attorneys for Defendants
 6  CITY OF MORGAN HILL and OFFICER
    DAVID RAY
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY D. EASLEY (Pro Se), | CASE NO.  C 10-02640 RS |
| Plaintiff, | STIPULATION FOR DISMISSAL OF ACTION AGAINST CITY OF MORGAN HILL AND DAVID RAY, WITH PREJUDICE AND ORDER OF DISMISSAL OF ACTION WITH PREJUDICE |
| v. | |
| CITY OF MORGAN HILL; CITY OF SAN JOSE; COUNTY OF SANTA CLARA; DIRECTOR OF POLICE DEPT.; BOARD OF SUPERVISOR'S; MORGAN HILL POLICE DEPT.; SANTA CLARA SHERIFF DEPT.; DAVID RAY; JOHN RAY; DEPUTY CRUS; DEPUTY STENDERUP; SERGEANT PERSIANI; SHERIFF LAURIE SMITH, | [FRCP 41(a)(1)(ii) and (2)] |
| Defendants. | |

IT IS HEREBY STIPULATED by and between all of the parties to this action, either by themselves or through their designated attorneys of record, that the above-captioned action has been fully and finally resolved by way of a compromise settlement and release of all claims as to CITY OF MORGAN HILL and DAVID RAY, with prejudice.

1    IT IS FURTHER HEREBY STIPULATED by and between all of the
2  parties to this action, either by themselves or through their
3  designated attorneys of record, that the above-caption action as
4  to CITY OF MORGAN HILL and DAVID RAY be and hereby is dismissed
5  with prejudice, pursuant to Federal Rules of Civil Procedure
6  41(a)(1)(A)(ii) and 41(a)(2).

7

8  DATED: May    , 2013          Plaintiff *In Pro Se*

9

10                               By:   /s/ Gary Easley
11                                     GARY EASLEY
                                       Plaintiff *In Pro Se*
12
13 DATED: June 3, 2013           SELMAN BREITMAN LLP

14
                                 By:   /s/ Danielle K. Lewis
15                                     GREGG A. THORNTON
                                       DANIELLE K. LEWIS
16                                     ERIKA J. SCOTT
                                       Attorneys for Defendant
17                                     CITY OF MORGAN HILL and OFFICER
                                       DAVID RAY
18
   DATED: June 3, 2013           MIGUEL MARQUEZ
19                               County Counsel

20
                                 By:   /s/ Melissa Kiniyalocts
21                                     MELISSA KINIYALOCTS
                                       Deputy County Counsel
22                                     Attorneys for Defendants
                                       COUNTY OF SANTA CLARA, COUNTY OF
23                                     SANTA CLARA SHERIFF'S DEPARTMENT,
                                       SHERIFF LAURIE SMITH, DEPUTY JOSE
24                                     CRUZ, DEPUTY KURTIS STENDERUP,
                                       and SERGEANT BLAYN PERSIANI
25

26

27

28

Selman Breitman LLP
ATTORNEYS AT LAW

268148.1 555.32075

## ORDER

The parties having stipulated and agreed that this action as to defendants CITY OF MORGAN HILL and DAVID RAY has been fully and finally resolved by way of a compromise settlement and release of all claims against defendants CITY OF MORGAN HILL and DAVID RAY, with prejudice;

The parties having further stipulated and agreed that the above-caption action as to defendants CITY OF MORGAN HILL and DAVID RAY be and hereby is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and (2);

The Court finding good cause appearing therefor;

**IT IS HEREBY ORDERED** that the above-caption action defendants CITY OF MORGAN HILL and DAVID RAY be and hereby is dismissed with prejudice.

Dated: 06/10/2013     By: _____
                          Honorable Richard Seeborg
                          United States District Judge